UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE: A23-53626-PWB |
| CORSICA DENISE SHONELL LONG | CHAPTER 13 |
| | JUDGE PAUL W. BONAPFEL |
| Debtor | |

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING JULY 19, 2023 CONFIRMATION HEARING**

At the hearing on Confirmation on July 19, 2023, the Trustee announced an agreement that the Debtor would do the following within 10 days:

• fund the plan

• renotice the confirmation hearing

Upon failure of the Debtor to comply with the above, the Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

• Trustee has not received funds as agreed

**As the Debtor has not complied with the agreement, please enter an Order of Dismissal.**

Respectfully submitted,

\_/s/_____
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627

A23-53626-PWB

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

CORSICA DENISE SHONELL LONG
2994 HEATHER LAKE DR
AUSTELL, GA 30106

This 14th day of August, 2023

                                              Respectfully submitted,

                                              _/s/_____
                                              Brandi L. Kirkland, Esq.
                                              for the Chapter 13 Trustee
                                              GA Bar No. 423627
                                              285 Peachtree Center Ave, Suite 1600
                                              Atlanta, GA  30303-1229
                                              (404) 525-1110
                                              brandik@atlch13tt.com